## UNITED STATES DISTRICT COURT
### District of Minnesota

Janice Hustvet                                **JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.                                            Case Number: 16-cv-551 JNE/HB

Allina Health System

                Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant Allina Health System's motion for summary judgment [Dkt. No. 25] is GRANTED.
2. Defendant Allina Health System's motion to exclude an expert witness [Dkt. No. 38] is DENIED AS MOOT.
3. Plaintiff Janice Hustvet's motion for summary judgment [Dkt. No. 46] is DENIED.
4. This action is DISMISSED WITH PREJUDICE.

Date: 8/22/2017                               RICHARD D. SLETTEN, CLERK

                                                                                          s/Katie Thompson
                                                                 (By)   Katie Thompson, Deputy Clerk