## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Janice Hustvet,

    Plaintiff,

v.                                         Court File No. 16-cv-00551 (JNE/HB)

Allina Health System,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Janice Hustvet, the Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the summary judgment order (Dkt. 86) entered in this action on August 22, 2017, and the final judgment (Dkt. 87) entered in this action on August 22, 2017.

                                                            Respectfully submitted,

Dated: September 08, 2017               *s/Adrianna Shannon*
                                                           Adrianna H. Shannon (#0387799)
                                                           ashannon@shannonlawllc.com
                                                           Bonnie M. Smith (#391915)
                                                           bsmith@shannonlawllc.com
                                                           333 South Seventh Street, Suite 2830
                                                           Minneapolis, MN 55402
                                                           Telephone: (952) 679-8868
                                                           Facsimile: (952) 241-9201

                                                           COUNSEL FOR PLAINTIFF-
                                                           APPELLANT