**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Janice Hustvet,

Plaintiff(s),

-vs-                                                                 Civ. 16-551 JNE/HB

Allina Health System,

Defendant(s).

## COST JUDGMENT

The costs of the Defendant, Allina Health System, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Janice Hustvet, as follows:

|  | Claimed | Allowed |
|---|---|---|
| Fees for transcripts | $4,339.65 | $4,292.25 |
| Fees for witnesses | $54.98 | $54.98 |
| Fees for copies | $667.14 | $667.14 |
| Fees for expert witness | $2,575.00 | $0 |
| Total | $7,636.77 | $5,014.37 |

Costs, therefore, are taxed against Plaintiff, Janice Hustvet, in the amount of $5,014.37 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on February 13, 2019.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk